# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Charles A. Heidel, Sr. | : | |
| | : | |
| Debtor | : | Bankruptcy No. 16-16675JKF |

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 9/22/16 and this case is hereby DISMISSED.

**Date: October 11, 2016**

_Jean K. FitzSimon_
Jean K. FitzSimon
United States Bankruptcy Judge

Missing Documents:

Certification Concerning Credit Counseling and/or
Certificate of Credit Counseling
Chapter 13 Plan
Chapter 13 Statement of Your Current Monthly Income and
Calculation of Commitment Period Form 122C-1
Means Test Calculation Form 122C-2